UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL TIMMOTHY RIGGS,

    Plaintiff,

v.                             Case No:   2:21-cv-173-JLB-JBT

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

The Magistrate Judge has entered a thorough and well-reasoned Report and Recommendation, recommending that Plaintiff's Unopposed Motion for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 28) be granted.   (Doc. 29.)   No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."   Id.

Here, mindful that no objection has been filed, the Court finds that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED:**

1.     The Report and Recommendation (Doc. 29) is **ADOPTED**.

2.     Plaintiff's Unopposed Motion for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 28) is **GRANTED**.

3. The Court awards Plaintiff $8,350.27 for attorney's fees.

4. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept the assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

5. The Clerk is **DIRECTED** to enter judgment accordingly.

**ORDERED** at Fort Myers, Florida, on April 14, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE